IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK OF SIOUX FALLS, as Personal Representative for the Estate of TRAVIS ALBERT CARLSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF ERIC RYAN CARLSON,<br><br>Defendant. | CV 18-111-BLG-TJC<br><br>ORDER |

Before the Court is Defendant Estate of Eric Ryan Carlson's request for a settlement conference with a Magistrate Judge. (Doc. 58.) Defendant has indicated that Plaintiff's counsel has been contacted but no response has been received as of the filing of the request. (*Id.*) Accordingly,

IT IS ORDERED that Plaintiff will file a statement with the Court on or before June 29, 2020 indicating the party's position on a settlement conference.

**IT IS ORDERED**.

DATED this 22nd day of June, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge