IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN RE: ELECTRONIC DEVICES IN COURT ENVIRONS | ORDER |

IT IS HEREBY ORDERED that all participants in the settlement conference set July 28, 2020 in CV-18-111-BLG-TJC be permitted to bring electronic devices into the James F. Battin Federal Courthouse.

DATED this 20th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge