IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK OF SIOUX FALLS, as Personal Representative for the Estate of TRAVIS ALBERT CARLSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE ESTATE OF ERIC RYAN CARLSON,<br><br>　　　　　Defendant. | CV 18-111-BLG-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case (Doc. 72), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED.

DATED this 20th day of October 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge