UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: District of Montana, Billings Division

U.S. District Court case number: CV 18-111-BLG-TJC

Date case was first filed in U.S. District Court: 07/26/2018

Date of judgment or order you are appealing: 03/24/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

- (●) Yes   ( ) No   ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

First National Bank of Sioux Falls, As Personal Representative fir the Estate of Travis Albert Carlson

Is this a cross-appeal?   ( ) Yes   (●) No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ( ) Yes   (●) No

If Yes, what is the prior appeal case number?

Your mailing address:

Beck, Amsden & Stalpes, pllc

2000 S. 3rd. Ave., Unit A

City: Bozeman   State: MT   Zip Code: 59715

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Justin P. Stalpes   **Date** 3/5/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

First National Bank of Sioux Falls, As Personal Representative fir the Estate of Travis Albert Carlson

Name(s) of counsel (if any):

Justin P. Stalpes

Address: 2000 S. 3rd Ave., Unit A, Bozeman, MT 59715

Telephone number(s): (406) 586-8700

Email(s): justin@becklawyers.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Grinnell Mutual Reinsurance Company

Name(s) of counsel (if any):

Nicholas J. Pagnotta
Alexander T. Tsomaya

Address: 235 E. Pine, MIssoula, MT 59807

Telephone number(s): (406) 721-4350

Email(s): nick@wmslaw.com, alex@wmslaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Grinnell Mutual Reinsurance Company

Name(s) of counsel (if any):

Katherine S. Huso
Ryan J. Gustafson

Address: 2812 1st Ave. N. Suite 225, Billings, MT 59103

Telephone number(s): (406) 252-5500

Email(s): Khuso@mkhattorneys.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                             2                             *New 12/01/2018*